JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Yuehui Chen,

        Petitioner,

      v.

KRISTI NOEM, Secretary of the
U.S. Department of Homeland
Security, in her official capacity;
TODD M. LYONS, Acting Director
of U.S. Immigration and Customs
Enforcement, in his official
capacity; ERNESTO SANTACRUZ,
Los Angeles ICE Field Office
Director, in his official capacity;
JAMES JANECKA, Warden of
Adelanto ICE Processing Center, in
his official capacity.

        Respondents.

Case No. 5:26-cv-00397-SSS-DTB

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (Dkt. No. 1) is granted as to Petitioner's Second Claim for Relief regarding violation of the Fifth Amendment, and  Respondents are ordered to release Petitioner forthwith.

The Court DIRECTS the Clerk to close this case.

DATED: February 13, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2